

07 CV 2882

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
MIROGLIO, S.P.A. and COAST TO COAST
FABRICS, INC.,

                Plaintiffs,

-against-

LA BELLE FASHIONS, INC. and
J.C. PENNEY COMPANY, INC.,

                Defendants.
---------------------------------------------------x

Civil Action No.

RULE 7.1 STATEMENT

APR 1 1 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for COAST TO COAST FABRICS, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: New York, New York
       April 4, 2007

                                  Respectfully submitted,

                                  SILVERBERG STONEHILL
                                  GOLDSMITH & HABER, P.C.
                                  Attorneys for Plaintiffs

By:     _____
            Kenneth R. Schachter (KS/8833)

            111 West 40th Street
            New York, New York 10016
            (212) 730-1900