UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MIROGLIO, S.P.A. and COAST TO COAST        Civil Action No. 8127 (LTS)
FABRICS, INC.,

                    Plaintiffs,              RULE 7.1 STATEMENT

        -against-

LA BELLE FASHIONS, INC. and
J.C. PENNEY COMPANY, INC.,

                    Defendants.
------------------------------------------------------x


        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for COAST TO COAST FABRICS, INC. (a private non-

governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries

of said party, which are publicly held: None.

Dated: New York, New York
        April 4, 2007


                                        Respectfully submitted,

                                        SILVERBERG STONEHILL
                                        GOLDSMITH & HABER, P.C.
                                        Attorneys for Plaintiffs


                        By:     _____
                                        Kenneth R. Schachter  (ks/8833)

                                        111 West 40th Street
                                        New York, New York  10016
                                        (212) 730-1900