JUDGE BATTS

07 CV 2882

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
MIROGLIO, S.P.A. and COAST TO COAST
FABRICS, INC.,

        Plaintiffs,

-against-

LA BELLE FASHIONS, INC. and
J.C. PENNEY COMPANY, INC.,

        Defendants.
------------------------------------------------x

Civil Action No.

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MIROGLIO, S.P.A. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: New York, New York
      April 4, 2007

                                        Respectfully submitted,

                                        SILVERBERG STONEHILL
                                        GOLDSMITH & HABER, P.C.
                                        Attorneys for Plaintiffs

By: _____
           Kenneth R. Schachter
           111 West 40th Street
           New York, New York 10016
           (212) 730-1900