UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SILVERBERG, STONEHILL, GOLDSMITH & HABER, P.C. - 226

MIROGLIO, S.P.A. AND COAST TO COAST FABRICS, INC.

Plaintiff(s)

Index #: 07 CV 2882

- against -

Date Filed:

LA BELLE FASHIONS, INC. ET ANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 17, 2007 at 02:50 PM at

1407 BROADWAY SUITE 1721
NEW YORK, NY10018

deponent served the within true copy of the SUMMONS & COMPLAINT, JUDGE BATTS RULES, JUSGE FREEMAN'S RULES on LA BELLE FASHIONS, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. JACKIE FAULTER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, JUDGE BATTS RULES, JUSGE FREEMAN'S RULES as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 40 | 5'6 | 160 |

Sworn to me on: April 18, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 472930