| UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK | Attorney: SILVERBERG, STONEHILL, GOLDSMITH & HABER, P.C. - 226 |
|---|---|
| MIROGLIO, S.P.A. AND COAST TO COAST FABRICS, INC. | Index # 07 CV 2882 |
| - against - Plaintiff(s) | Date Filed: |
| LA BELLE FASHIONS, INC. ET ANO | |
| Defendant(s) | AFFIDAVIT OF SERVICE |

STATE OF TEXAS : COUNTY OF Palo Pinto ss:

Ronny Allen BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT TEXAS . ON 04/16/07 AT 3:00 AM/PM AT 350 N St Paul, Dallas, Texas

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT, JUDGE BATTS RULES, JUSGE FREEMAN'S RULES ON: J.C. PENNEY COMPANY , THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** — By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [X] A _____ corporation, delivering thereat a true copy of each to Ruby Garcia personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be MaNAGING Agent thereof.

**#3 SUITABLE AGE PERSON** — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** — On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT, JUDGE BATTS RULES, JUSGE FREEMAN'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X] A description of the defendant/respondent , or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | Brn | Blk | 30 | 5'6" | 150 |

Other:

**# 8 WIT. FEES** — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** — Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

[Notary Seal: WAYNE RATCLIFFE, Notary Public, STATE OF TEXAS, My Commission Expires 02/17/2010]

Sworn to before me on this 18th day of April, 2007

Notary Public: Wayne Ratcliffe

Server signature: Ronny Allen

Docket #: 472932