Kenneth A. Schulman (KAS 0961)
Stacey M. Faraci (SMF 2773)
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York  10022
(212) 421-4100

*Attorneys for Defendants La Belle Fashions, Inc.
and J.C. Penney Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MIROGLIO, S.P.A. and COAST TO COAST FABRICS, INC.,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**LA BELLE FASHIONS, INC. and J.C. PENNEY COMPANY, INC.,**<br><br>*Defendants.* | Index No. 07cv2882<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance on behalf of defendants La Belle Fashions, Inc. and J.C. Penney Company, Inc. and requests that copies of all notices and other papers in this case be sent to:  Kenneth A. Schulman, Esq. at Pryor Cashman LLP, 410 Park Avenue, New York, New York  10022.

E-mail address:  kschulman@pryorcashman.com.

519602

Dated: New York, New York
      May 30, 2007

                                      PRYOR CASHMAN LLP
                                      Attorneys for Defendant
                                      La Belle Fashions, Inc. and J.C. Penney
                                      Company, Inc.

                                By: _____/s/_____
                                      Kenneth A. Schulman (KAS 0961)
                                      410 Park Avenue
                                      New York, New York 10022
                                      (212) 326-0828

TO:    Kenneth R. Schachter, Esq.
         SILVERBERG STONEHILL
         GOLDSMITH & HABER, P.C.
         111 West 40th Street
         New York, New York 10016
         (212) 730-1900

519602

519602