Kenneth A. Schulman (KAS 0961)
Stacey M. Faraci (SMF 2773)
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York  10022
(212) 421-4100

*Attorneys for Defendants*
*La Belle Fashions, Inc. and J.C. Penney Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MIROGLIO, S.P.A. and COAST TO COAST FABRICS, INC.,** | Index No. 07cv2882 |
| *Plaintiffs,* | |
| -against- | **NOTICE OF APPEARANCE** |
| **LA BELLE FASHIONS, INC. and J.C. PENNEY COMPANY, INC.,** | |
| *Defendants.* | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance on behalf of defendants La Belle Fashions, Inc. and J.C. Penney Company, Inc. and requests that copies of all notices and other papers in this case be sent to:  Stacey M. Faraci, Esq., at Pryor Cashman LLP, 410 Park Avenue, New York, New York  10022.

E-mail address:  sfaraci@pryorcashman.com.

519722

Dated: New York, New York
        May 30, 2007

                                    PRYOR CASHMAN LLP
                                    Attorneys for Defendants La Belle Fashions,
                                    Inc. and J.C. Penney Company, Inc.

                            By: _____/s/_____
                                    Stacey M. Faraci (SMF 2773)
                                    410 Park Avenue
                                    New York, New York 10022
                                    (212) 326-0828

TO:    Kenneth R. Schachter, Esq.
       SILVERBERG STONEHILL
       GOLDSMITH & HABER, P.C.
       111 West 40th Street
       New York, New York 10016
       (212) 730-1900

519722