Kenneth A. Schulman (KAS 0961)
Stacey M. Faraci (SMF 2773)
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York  10022
(212) 421-4100

*Attorneys for Defendants La Belle Fashions, Inc.
and J.C. Penney Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIROGLIO, S.P.A. and COAST TO COAST FABRICS, INC.,<br><br>*Plaintiffs,*<br><br>-against-<br><br>LA BELLE FASHIONS, INC. and J.C. PENNEY COMPANY, INC.,<br><br>*Defendants.* | Index No. 07cv2882<br><br>**ANSWER**<br><br>**JURY TRIAL DEMANDED** |

Defendant, La Belle Fashions, Inc. ("La Belle") and J.C. Penney Company, Inc. ("J.C. Penney"), by their attorneys, Pryor Cashman LLP, as and for their Answer to the Complaint of Miroglio, S.P.A. ("Miroglio") and Coast To Coast Fabrics, Inc. ("Coast to Coast," collectively the "Plaintiffs") dated April 4, 2007 (the "Complaint"), hereby allege as follows:

1. The allegations set forth in Paragraph "1" of the Complaint call for a legal conclusion to which no response is required.

2. The allegations set forth in Paragraph "2" of the Complaint call for a legal conclusion to which no response is required.

517349

3. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "3" of the Complaint.

4. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "4" of the Complaint.

5. Admit the allegations set forth in Paragraph "5" of the Complaint.

6. Deny the allegations set forth in Paragraph "6" of the Complaint, except admit that La Belle is a manufacturer and distributor of apparel.

7. Admit the allegations set forth in Paragraph "7" of the Complaint.

8. Deny the allegations set forth in Paragraph "8" of the Complaint, except admit that J.C. Penney is a distributor of apparel.

9. Deny the allegations set forth in Paragraph "9" of the Complaint, except admit that they transact business within this district and derive substantial revenue from intrastate and interstate commerce.

10. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "10" of the Complaint.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "11" of the Complaint.

12. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "12" of the Complaint.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "13" of the Complaint.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "14" of the Complaint.

15. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "15" of the Complaint.

16. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "16" of the Complaint.

17. Deny the allegations set forth in Paragraph "17" of the Complaint.

18. Deny the allegations set forth in Paragraph "18" of the Complaint.

19. Deny the allegations set forth in Paragraph "19" of the Complaint.

20. Deny the allegations set forth in Paragraph "20" of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

21. Plaintiffs fail to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

22. Plaintiffs' claims are barred, in whole or part, by the doctrines of estoppel, laches or waiver.

### THIRD AFFIRMATIVE DEFENSE

23. Plaintiffs' design and the allegedly infringing work are not substantially similar.

## FOURTH AFFIRMATIVE DEFENSE

24. La Belle acted in good faith and without knowledge that any of the goods it sold were violative of any copyright and, therefore, if the goods are violative of any copyright, then La Belle is an innocent infringer.

Dated: New York, New York
June 12, 2007

                            PRYOR CASHMAN LLP
                            Attorneys for Defendants La Belle Fashions,
                            Inc. and J.C. Penney Company, Inc.

By: _____/s/_____
      Kenneth A. Schulman (KAS 0961)
      Stacey M. Faraci (SMF 2773)
      410 Park Avenue
      New York, New York 10022
      (212) 326-0828

TO:    Kenneth R. Schachter, Esq.
        SILVERBERG STONEHILL
        GOLDSMITH & HABER, P.C.
        111 West 40th Street
        New York, New York 10016
        (212) 730-1900