Kenneth A. Schulman (KAS 0961)
Stacey M. Faraci (SMF 2773)
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York 10022
(212) 421-4100

*Attorneys for Defendants La Belle Fashions, Inc.
and J.C. Penney Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIROGLIO, S.P.A. and COAST TO COAST
FABRICS, INC.,

                    *Plaintiffs,*

-against-

LA BELLE FASHIONS, INC. and J.C. PENNEY
COMPANY, INC.,

                    *Defendants.*

Index No. 07cv2882 (DAB)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto:

1. that the time for defendants La Belle Fashions, Inc. and J.C. Penney Company, Inc. to answer, move, or otherwise respond to the complaint herein is hereby adjourned until June 12, 2007; and

2. defendants waive any defense based upon improper service of the summons and complaint.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

June 11, 2007

Dated: New York, New York
      June 8, 2007

                                SILVERBERG STONEHILL
                                GOLDSMITH & HABER, P.C.
                                Attorneys for Plaintiffs Miroglio, S.P.A. and
                                Coast To Coast Fabrics, Inc.

                        By: _____
                                Kenneth R. Schachter (KS 8833)
                                111 West 40th Street
                                New York, New York 10016
                                (212) 730-1900

                                PRYOR CASHMAN LLP
                                Attorneys for Defendants La Belle Fashions,
                                Inc. and J.C. Penney Company, Inc.

                        By: _____
                                Kenneth A. Schulman (KAS 0961)
                                Stacey M. Faraci (SMF 2773)
                                410 Park Avenue
                                New York, New York 10022
                                (212) 326-0828

Enter: New York, New York         SO ORDERED:
      June , 2007

                                _____
                                U.S.D.J.