Kenneth A. Schulman (KAS 0961)
Stacey M. Faraci (SMF 2773)
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York 10022
(212) 421-4100

*Attorneys for Defendants La Belle Fashions, Inc.*
*and J.C. Penney Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MIROGLIO, S.P.A. and COAST TO COAST FABRICS, INC.,** | Index No. 07cv2882 |
| *Plaintiffs,* | |
| -against- | **RULE 7.1 STATEMENT FOR LA BELLE FASHIONS, INC.** |
| **LA BELLE FASHIONS, INC. and J.C. PENNEY COMPANY, INC.,** | |
| *Defendants.* | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for LA BELLE FASHIONS, INC. a private (non-governmental) party, certifies that the following are corporate parents and publicly held corporations that own ten percent (10%) or more of its stock:

NONE.

517349

Dated: July 13, 2006
      New York, New York

                             PRYOR CASHMAN LLP
                             Attorneys for Defendants La Belle Fashions,
                             Inc. and J.C. Penney Company, Inc.

By: _____/s/_____
           Kenneth A. Schulman (KAS 0961)
           Stacey M. Faraci (SMF 2773)
           410 Park Avenue
           New York, New York 10022
           (212) 326-0828