Kenneth A. Schulman (KAS 0961)
Stacey M. Faraci (SMF 2773)
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York  10022
(212) 421-4100

*Attorneys for Defendants La Belle Fashions, Inc.
and J.C. Penney Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MIROGLIO, S.P.A. and COAST TO COAST FABRICS, INC.,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**LA BELLE FASHIONS, INC. and J.C. PENNEY COMPANY, INC.,**<br><br>*Defendants.* | Index No. 07cv2882<br><br>**RULE 7.1 STATEMENT FOR<br>J.C. PENNEY COMPANY, INC.** |

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for J.C. PENNEY COMPANY, INC. a private (non-governmental) party, certifies that the following are corporate parents and publicly held corporations that own ten percent (10%) or more of its stock:

NONE.

517349

Dated: July 13, 2006
      New York, New York

                                PRYOR CASHMAN LLP
                                Attorneys for Defendants La Belle Fashions,
                                Inc. and J.C. Penney Company, Inc.

By: _____/s/_____
                                Kenneth A. Schulman (KAS 0961)
                                Stacey M. Faraci (SMF 2773)
                                410 Park Avenue
                                New York, New York 10022
                                (212) 326-0828