```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MIROGLIO, S.P.A., COAST TO
COAST FABRICS, INC. v.
                       Plaintiffs,
        -against-                         07  Civ. 2882  (DAB)
                                          ORDER OF DISMISSAL
LA BELLE FASHIONS, INC., J.C. PENNY
COMPANY, INC.,
                       Defendants.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: June 2, 2008

DEBORAH A. BATTS, United States District Judge.

   The Parties having notified the Court that they have reached a resolution of this action and the Plaintiffs having consented to the following,

   IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, DISCONTINUED WITH PREJUDICE but without costs; provided, however, that the action may be restored to the calendar of the undersigned if, within 60 days of the date of this Order, Plaintiffs submit a letter application to the Court requesting restoration on the grounds that the settlement between the Parties has not been effected.

   SO ORDERED.

Dated:   New York, New York
         June 2, 2008

                                          *Deborah A. Batts*
                                          _____
                                          DEBORAH A. BATTS
                                          United States District Judge